**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**ROBERT C. EZEANI,**

**Plaintiff,**

**v.**

**SCOTT OSTROM,**
**MATTHEW COPELAND,**
**JAMES K. HELLING, and**
**FLEMING,**

**Defendants.**

**Civil No. 01-391(PAM/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated October 2, 2001. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1) Plaintiff's Motions for Entry of Judgment (Doc. No. 11), and for Default Judgment (Doc. No. 12) are **DENIED WITHOUT PREJUDICE**.

DATED: October 25, 2001.

Judge Paul A. Magnuson
United States District Court Judge

FILED OCT
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______