UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

**ROBERT C. EZEANI,**

**Plaintiff,**

**v.**

**SCOTT OSTROM, MATTHEW COPELAND, JAMES K. HELLING, and FLEMING,**

**Defendants.**

**Civil No. 01-391(PAM/SRN)**

**ORDER**

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated January 4, 2002. No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1) This action is dismissed, pursuant to Fed. R. Civ. P. 41(b), for failure to prosecute.

DATED: Jan 25, 2002.

Judge Paul A. Magnuson
United States District Court Judge

FILED JAN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD JAN 28 2002
DEPUTY CLERK